UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANNY TREY CROSSLAND, | CIVIL ACTION |
| VERSUS | NO. 26-694 |
| WARDEN BICKHAM, ET AL. | SECTION "L"(3) |

**ORDER**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, R. Doc. 4, Plaintiff's to objection to the Report and Recommendation, R. Doc. 5, and Plaintiff's additional opposition memorandum, R. Doc. 23, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Therefore,

**IT IS ORDERED** that Crossland's federal civil rights claims are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust under 42 U.S.C. § 1997e, but **WITH PREJUDICE** for purposes of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.

New Orleans, Louisiana, this 6th day of October, 2026.

Eldon E. Fallon

**UNITED STATES DISTRICT JUDGE**